UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIONNE A. MONTAGUE, | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | § |
| U.S. POSTAL SERVICE, | §   Civil Case No. 4:20-cv-04329 |
| | § |
| Defendant. | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Dionne A. Montague, and the Defendant, the United States Postal Service, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Stipulation of Dismissal, with Prejudice. The parties have settled this lawsuit; therefore, the Plaintiff is voluntarily dismissing this lawsuit with prejudice. All parties have signed this pleading. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 3, 2024.

    Respectfully submitted,

    ALAMDAR S. HAMDANI
    United States Attorney

    By: /s/ *Catina Haynes Perry*
    Catina Haynes Perry
    Assistant United States Attorney
    Texas Bar No. 24055638
    Federal ID No. 577869
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9354

        Facsimile: (713) 718-3303
        Email: catina.perry@usdoj.gov
        *Attorney for Defendant*

By: /s/ *Ashok Bail* \*\*\*
    Ashok Bail
    Attorney-in-Charge for Plaintiff
    3120 Southwest Freeway, Suite 450
    Houston, TX 77098
    (832) 216-6693
    ashok@baillawfirm.com
    *Attorney for Plaintiff*

\*\*\*Signed with permission

## Certificate of Service

I certify that on September 3, 2024, all counsel of record were served with this pleading through the Court's ECF system.

        /s/ *Catina Haynes Perry*
        Catina Haynes Perry
        Assistant United States Attorney